UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

          Plaintiff,

Criminal No. 12-0134 (DSD/JJG)

v.

Michael Romeo Geraci,
a/k/a Michael Garfield Blakepotter,

**ORDER ON REPORT
AND RECOMMENDATION**

          Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation are **ADOPTED**;

    2.    Currently undisclosed evidence is deemed inadmissible; and

    3.    Defendant's Motion to Suppress April 10, 2012 Statements, Admissions, and Answers (ECF No. 30) is **DENIED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 6, 2012                s/David S. Doty
                                                  DAVID S. DOTY, Judge
                                                  United States District Court